**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **A.J.S.**, an individual, | ) |
| | ) **CIVIL ACTION NO**. 2:22-cv-3843 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Chief Judge Algenon L. Marbley |
| | ) Magistrate Judge Elizabeth Deavers |
| **CHOICE HOTELS INTERNATIONAL, INC.** | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

### <u>STIPULATION & NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.</u>

Come now Plaintiff, by and through counsel, respectfully requests dismissal of all claims against Choice Hotels International, Inc. without prejudice pursuant to 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own costs.

Plaintiff respectfully requests that all claims asserted in this action be dismissed without prejudice.

Dated: March 29, 2023

<div style="margin-left: 55%;">

Respectfully submitted,

*/s/ Steven C. Babin, Jr.*
Steven C. Babin (0093584)
Jennifer J. El-Kadi (00100660)
**Babin Law, LLC**
65 E State Street, Suite 1300
Columbus, Ohio 43215
614-761-8800
Jennifer.elkadi@babinlaws.com
steven.babin@babinlaws.com
*Attorney for Plaintiff*

</div>

1

<u>*Sara M. Turner*</u>
Sara M. Turner
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
1901 Sixth Street North, Suite 2600
Birmingham, AL 35203
(205) 250-8316
smturner@bakerdonelson.com

*Counsel for Defendant Choice Hotels International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 28th day of March, 2023.

/s/ Steven C. Babin, Jr.
Steven C. Babin, Jr.
*Attorney for Plaintiff*

3